IN RE R.G.

[Cite as *In re R.G.,* 120 Ohio St.3d 359, 2008-Ohio-6694.]

(No. 2008–1474—Submitted November 18, 2008—Decided December 24, 2008.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re T.R.,* 120 Ohio St.3d 136, 2008-Ohio-5219, 896 N.E.2d 1003.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., would accept the appeal but remand the cause for consideration of *In re T.R.*

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Jill R. Sink, Assistant Prosecuting Attorney, for appellant, Montgomery County Children Services.

IN RE J.H. ET AL.

[Cite as *In re J.H.,* 120 Ohio St.3d 359, 2008-Ohio-6697.]

(No. 2008–1812—Submitted October 14, 2008—Decided December 24, 2008.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re T.R.*, 120 Ohio St.3d 136, 2008-Ohio-5219, 896 N.E.2d 1003.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna Shia, Assistant Prosecuting Attorney, for appellant, Montgomery County Children Services.